No. 940. EZRA v. LAMONT ET AL. June 3, 1935. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Robert F. Greacen* for petitioner. *Mr. Jerome S. Hess* for respondents.

No. 950. KELLY v. UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Walter P. Luck* for petitioner. *Solicitor General Reed* and *Mr. Amos W. W. Woodcock* for the United States.

No. 978. ESLICK v. UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lee Douglas* for petitioner. *Solicitor General Reed* and *Mr. Amos W. W. Woodcock* for the United States.

No. 967. CENTURY ELECTRIC Co. v. UNITED STATES. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Chester A. Bennett* and *Roy M. Eilers* for petitioner. *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Alexander F. Prescott, Jr.,* for the United States.

No. 975. BALLOU ET AL. v. DAVIS, RECEIVER, ET AL. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr.*

*Bernhardt Frank* for petitioners.   *Messrs. Lewis C. Jesseph* and *Fred P. Carr* for respondents.

No. 987.   TEXAS & PACIFIC RAILWAY CO. ET AL. *v.* LOUISIANA OIL REFINING CORP. ET AL.   June 3, 1935.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Messrs. Robert Wilkins Thompson, T. D. Gresham, J. H. Tallichet, C. M. Spence, G. B. Ross,* and *C. Huffman Lewis* for petitioners.   No appearance for respondents.

No. 541.   DOUGLAS *v.* WILLCUTS, COLLECTOR.   *Ante,* p. 722.   April 8, 1935.   Petition for rehearing granted.

No. —, original.   EX PARTE PORESKY.   294 U. S. 697.   April 8, 1935.   Petition for rehearing denied.

No. 383.   SWINSON *v.* CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RY. CO.   294 U. S. 529.   April 8, 1935.   Petition for rehearing denied.

No. 733.   PRICE *v.* UNITED STATES.   294 U. S. 720.   April 8, 1935.   Petition for rehearing denied.

No. 20.   METROPOLITAN CASUALTY INSURANCE CO. *v.* BROWNELL, RECEIVER.   294 U. S. 580.   April 15, 1935.   Petition for rehearing denied.